**Sandra H. HARP, Plaintiff–Appellant**

v.

**NAVARRE LOGISTICAL SERVICES, INC.; David Ginsberg; Margot Mc-Manus; Micki St. Clair, as agents for Navarre Logistical Services, Inc., Defendants–Appellees.**

No. 13–1930.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 29, 2014.

Filed: Feb. 7, 2014.

Sandra H. Harp, Minneapolis, MN, pro se.

Jessica Roe, Kutak & Rock, Minneapolis, MN, for Defendants–Appellees.

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

PER CURIAM.

Sandra Harp appeals from the district court's [1] adverse grant of summary judgment in her pro se action claiming that her former employer terminated her based on her race, in violation of Title VII of the Civil Rights Act of 1964. Upon careful de novo review, *see Olsen v. Capital Region*

*Med. Ctr.*, 713 F.3d 1149, 1153 (8th Cir. 2013), we conclude that the district court properly granted summary judgment because the admissible evidence before the court would not permit a factfinder to conclude that defendants' proffered reason for firing Harp was pretextual. *See Twymon v. Wells Fargo & Co.*, 462 F.3d 925, 935 (8th Cir.2006) (plaintiff failed to show proffered reason for termination was pretext where she did not assert that employer did not honestly believe she was accountable for violations of policy when it fired her for those violations).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.